Commonwealth *v.* Galloway, Appellant.

Argued November 18, 1975. *John H. Corbett, Jr.,* Trial Defender, with him *John J. Dean,* Chief,

**714**

Appellate Division, and *Ralph J. Cappy*, Public Defender, for appellant; *Louis R. Paulick*, Assistant District Attorney, with him *Robert L. Eberhardt*, Assistant District Attorney, *John M. Tighe*, First Assistant District Attorney, and *John J. Hickton*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, J., absent.